Below is an Order of the Court.

*Randall L. Dunn*
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re:<br><br>IMPACT MEDICAL, LLC,<br><br>Debtor. | Case No. 15-31606-rld11<br><br>ORDER (i) GRANTING EXTENSION OF TIME TO FILE PLAN; (ii) REINSTATING EXCLUSIVITY PERIOD AND (iii) DESIGNATING CASE FOR ACCELERATED TREATMENT |
|---|---|

THIS MATTER came before the Court on August 17, 2015, and August 21, 2015, on the Debtor's Motion to Extend Time to File Plan and Disclosure Statement and Motion to Extend the Exclusivity Periods Pursuant to 11 USC § 1121(d) [Docket No. 56] (the "Motion"). The Court having reviewed the Motion and arguments of counsel, and being otherwise duly advised; now, therefore,

THE COURT FINDS as follows:

1. Cause exists to reinstate the exclusivity periods contained in 11 U.S.C. §§ 1121(b) and 1121 (c)(2), and to extend the exclusivity periods contained in 11 U.S.C. §§ 1121(b) and (c)(2) and (3).

Page 1 of 3 -- ORDER (i) GRANTING EXTENSION OF TIME TO
FILE PLAN; (ii) REINSTATING EXCLUSIVITY
PERIOD AND (iii) DESIGNATING CASE FOR
ACCELERATED TREATMENT

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 15-31606-rld11    Doc 62    Filed 08/27/15

IT IS HEREBY ORDERED:

1. The Debtor's Motion is GRANTED;

2. The deadline for the Debtor to file a disclosure statement and plan of reorganization is extended to September 18, 2015.

3. Not less than fourteen days before the filing of the disclosure statement and plan of reorganization, the Debtor must serve a copy of those documents on the United States Trustee, any involved tax authority, the creditors committee, Dr. Richard Edelson, and any other party requesting special notice. No later than seven days thereafter, the parties served must inform the Debtor of any objection to the disclosure statement. The Debtor shall notify the parties served of the objection deadline when they are served with the disclosure statement and plan of reorganization.

4. The disclosure statement and plan of reorganization filed with the court shall be accompanied by a certificate prepared on LBF 1165.5.

5. If there are no objections or comments made to the disclosure statement or if all such objections or comments have been resolved, the court may conditionally approve the disclosure statement prior to general notice and hearing.

6. The exclusivity periods contained in 11 U.S.C. §§ 1121(b) and 1121(c)(2) are reinstated, and are extended to and through September 18, 2015.

7. The exclusivity period contained in 11 U.S.C. § 1121(c)(3) is extended to and through November 18, 2015.

###

Page 2 of 3 -- ORDER (i) GRANTING EXTENSION OF TIME TO FILE PLAN; (ii) REINSTATING EXCLUSIVITY PERIOD AND (iii) DESIGNATING CASE FOR ACCELERATED TREATMENT

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 15-31606-rld11    Doc 62    Filed 08/27/15

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Order Presented by:
MOTSCHENBACHER & BLATTNER, LLP
/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Attorney for Debtor Impact Medical LLC.

## PARTIES TO SERVE

**ECF Electronic Service:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

**Service via First-Class Mail:**

ControlTek Inc.
c/o Andy LaFrazia
3905 NE 112th Avenue
Vancouver, WA 98682

ControlTek Inc.
c/o Andy LaFrazia
3905 NE 112th Avenue
Vancouver, WA 98682

Custom Wire Technologies, Inc.
c/o Katherine M. O'Malley, Esq.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Knight Mechanical Testing
c/o Kevin Knight
3205 Clairmont Ct., Ste. B
Fort Wayne, IN 46808

Ed O'Hanlon, CPA
1500 N.E. Irving St #440
Portland, OR 97232-4208

Page 3 of 3 -- ORDER (i) GRANTING EXTENSION OF TIME TO FILE PLAN; (ii) REINSTATING EXCLUSIVITY PERIOD AND (iii) DESIGNATING CASE FOR ACCELERATED TREATMENT

**Motschenbacher & Blattner, LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 15-31606-rld11    Doc 62    Filed 08/27/15