Below is an Order of the Court.

.

*signature: Randall L. Dunn*

RANDALL L. DUNN
U.S. Bankruptcy Judge

ODCAT (3/21/07)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Impact Medical, LLC**
Debtor(s)

Case No. **15−31606−rld11**

ORDER DESIGNATING CASE FOR
ACCELERATED TREATMENT

Pursuant to 11 USC §105(d), the Court, having reviewed the file and considered the representations of counsel, now therefore,

**ORDERS AS FOLLOWS:**

1. This case is designated for accelerated treatment.

2. Not less than 14 days before the deadline set forth in pt. 3 below, the debtor must mail a copy of the proposed disclosure statement and plan of reorganization to the United States Trustee, the chairperson of the creditors' committee, any involved taxing authority, major secured creditors, any entity requesting special notice and their respective attorneys. These parties must be given seven (7) days from the date of mailing to inform the debtor of any objections or comments to the disclosure statement.

3. The disclosure statement and plan of reorganization must be filed on or before **9/18/15.**

4. Designation of this case as an accelerated case will terminate without further order if the disclosure statement and plan of reorganization are not both filed within thirty days of the date specified in pt. 3 above. Termination of the designation will be without prejudice to the imposition of sanctions for failure to comply with this order.

5. Failure to timely file a disclosure statement and plan of reorganization or any required amendments thereto will constitute cause for dismissing this case or converting it to Chapter 7.

6. Nothing herein may be deemed to prohibit the filing of a disclosure statement and plan of reorganization by an entity other than the debtor as provided by 11 USC §1121.

7. The debtor must file a disclosure statement and plan of reorganization using forms mutually agreed upon by the United States Trustee and the debtor.

8. The disclosure statement and plan of reorganization filed with the court must be accompanied by a certificate prepared on LBF #1165.5.

9. If there are no objections or comments made to the disclosure statement or if all such objections or comments have been resolved, the court may conditionally approve the disclosure statement prior to general notice and hearing. The court will provide the debtor with an Order of Conditional Approval of the Disclosure Statement and Notice of Confirmation Hearing for service as provided therein.

###