■ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2016**    X **/s/ EJ Duffy**
                                              Signature of individual signing on behalf of debtor

                                              **EJ Duffy**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Impact Medical, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **15-31606**

■ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $        **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $        **68,369.72**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................... $        **68,369.72**

| Part 2: | Summary of Liabilities |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $        **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................. $        **796,317.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................... +$        **982,128.32**

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b        $        **1,778,445.32**

Case 15-31606-rld7     Doc 141     Filed 03/16/16

**Fill in this information to identify the case:**

Debtor name    **Impact Medical, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number *(if known)*   **15-31606**

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Checking**<br>**Last 4 digits of Acc# : 2099**<br>**Wells Fargo Bank**<br>3.1.. **Overdrawn on conversion date** | **Checking** | **2099** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **470.00** | - | **0.00** | = .... | **$470.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$470.00** |
|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:  % of ownership | | |
| 15.1.. | **Parcus Medical Stock**<br>**20 Units of Stock**<br>**Stock Certificate dated October 1, 2011**   0.00   % | | $40,837.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| 17. | **Total of Part 4.** | **$40,837.00** |
|---|---|---|

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**<br>**Inventory** | | $120,000.00 | Debtor estimate | Unknown |

| 23. | **Total of Part 5.** | **$0.00** |
|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **510k FDA Clearance for product sales** | **$0.00** | **Debtor estimate** | **Unknown** |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** **Customer contracts and lists** | **$0.00** | | **Unknown** |
| **DVT SST Machine** **FDA clearance not yet obtained** | **$0.00** | | **Unknown** |
| 65.  **Goodwill** | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 15-31606-rld7    Doc 141    Filed 03/16/16

66.    **Total of Part 10.**                                                                                                    **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**     **All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

                                                                                                      **Current value of
                                                                                                      debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Miscellaneous office furniture and computer equipment**                                       **$2,000.00**

       **Shareholder Loan to EJ Duffy
       (Disputed)**                                                                                     **$25,062.72**

78.    **Total of Part 11.**                                                                            **$27,062.72**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Case 15-31606-rld7    Doc 141    Filed 03/16/16

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $470.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $40,837.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $27,062.72 | |
| 91. **Total.** Add lines 80 through 90 for each column | $68,369.72 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $68,369.72 |

Case 15-31606-rld7    Doc 141    Filed 03/16/16

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**EJ Duffy**
**1717 SW Highland Rd.**
**Portland, OR 97221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **455,900.00**   $ **12,475.00**

Date or dates debt was incurred
**2014-2015**

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

**2.2**

Priority creditor's name and mailing address
**EJ Duffy**
**1717 SW Highland Rd.**
**Portland, OR 97221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **206,250.00**   $ **206,250.00**

Date or dates debt was incurred
**April 2015 - February 2016**

Basis for the claim:
**Wages Owed**
**Incurred During Chapter 11**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.3**

**Priority creditor's name and mailing address**
**Sarah Burkitt**
**718 NW 118th**
**Suite 102**
**Portland, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **36,667.00**   $ **12,475.00**

**Date or dates debt was incurred**
**2014-2015**

**Basis for the claim:**
**Wages Owed**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.4**

**Priority creditor's name and mailing address**
**Shannon Duffy**
**1717 SW Highland Rd.**
**Portland, OR 97221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **97,500.00**   $ **12,475.00**

**Date or dates debt was incurred**
**2014-2015**

**Basis for the claim:**
**Wages Owed**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

**Nonpriority creditor's name and mailing address**
**3D Medical Manufacturing**
**7145 Colonial Lane**
**Pennsauken, NJ 08109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **34,953.80**

**Basis for the claim:**   **Trade Debt**

---

Case 15-31606-rld7   Doc 141   Filed 03/16/16

| | |
|---|---|
| Date or dates debt was incurred **2014-2015** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number **1067** | ☐ Yes |

---

**3.2** Nonpriority creditor's name and mailing address
**Aloha Computer Tutor**
**8130 SW 181st Avenue**
**Beaverton, OR 97007**

$    **413.10**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Computer Work**

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.3** Nonpriority creditor's name and mailing address
**Atlas Surgical**
**17, Shivaji Marg, Industrial Area**
**New Delhi, India 110015**
**INDIA**

$    **800.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

| | |
|---|---|
| Date or dates debt was incurred **2015** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number **4386** | ☐ Yes |

---

**3.4** Nonpriority creditor's name and mailing address
**Avalign Instrumed**
**626 Cooper Court**
**Schaumburg, IL 60173**

$    **13,941.25**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

| | |
|---|---|
| Date or dates debt was incurred **2014-2015** | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number **0037** | ☐ Yes |

---

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$    **2,159.01**

**Bottani Gallucci & O'Hanlon**
**1500 NE Irving Street #440**
**Portland, OR 97232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Accounting**
**Incurred During Chapter 11**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.6 |

**Nonpriority creditor's name and mailing address**
**ControlTek**
**3905 NE 112th Ave**
**Vancouver, WA 98682**

$    **28,144.80**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade Debt**

Date or dates debt was incurred    **2014-2015**

Last 4 digits of account number    **892**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.7 |

**Nonpriority creditor's name and mailing address**
**Custom Wire Technologies**
**1123 Mineral Springs Drive**
**Port Washington, WI 53074**

$    **10,509.90**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade Debt**

Date or dates debt was incurred    **2014-2015**

Last 4 digits of account number    **ical**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.8 |

**Nonpriority creditor's name and mailing address**
**Ed Kolasinski**
**5604 Summit**
**West Linn, OR 97068**

$    **10,000.00**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **2014 Phases I and II**

---

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| **3.9** | Nonpriority creditor's name and mailing address<br>**EJ Duffy**<br>**1717 SW Highland Rd.**<br>**Portland, OR 97221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Loan** | $ **276,375.99** |
|---|---|---|---|

| Date or dates debt was incurred | **2011-2015** | Is the claim subject to offset? |
|---|---|---|
| | | ☐ No |
| Last 4 digits of account number | | ■ Yes |

---

| **3.10** | Nonpriority creditor's name and mailing address<br>**EJ Duffy**<br>**1717 SW Highland Rd.**<br>**Portland, OR 97221** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Expense Reimbursement**<br>**Incurred During Chapter 11** | $ **1,794.27** |
|---|---|---|---|

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| **3.11** | Nonpriority creditor's name and mailing address<br>**Finishing Innovations**<br>**578 Highway 70**<br>**Mason, TN 38049** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Trade Debt** | $ **1,343.04** |
|---|---|---|---|

| Date or dates debt was incurred | **2014-2015** | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **ical** | ☐ Yes |

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **8,910.00** |
|---|---|---|---|

**Gibraltar Laboratories**
**122 Faifield Rd.**
**Fairfield, NJ 07004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Trade Debt**

Date or dates debt was incurred　**2014-2015**

Last 4 digits of account number　**2030**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.13 | | | $ | **47,000.00** |

**Nonpriority creditor's name and mailing address**
**Greg Powell**
**1104 NW 15th Avenue**
**Suite 200**
**Portland, OR 97209**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Legal Work**

Date or dates debt was incurred

Last 4 digits of account number　**na**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.14 | | | $ | **105.00** |

**Nonpriority creditor's name and mailing address**
**Heman Northwest, Inc.**
**dba HD Courier**
**PO Box 281**
**Redmond, OR 97756**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Services Rendered**

Date or dates debt was incurred　**12/2014 - 5/2015**

Last 4 digits of account number　**ical**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.15 | | | $ | **167.21** |

**Nonpriority creditor's name and mailing address**
**Jeff Perrins**
**1101 S. Owyhee Street**
**Boise, ID 83705**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Services Rendered**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

Case 15-31606-rld7　　Doc 141　　Filed 03/16/16

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **30,787.50** |
|---|---|---|---|

**Jewel Precision**
**200 Commerce Road**
**Cedar Grove, NJ 07009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **2014-2015**

Last 4 digits of account number    **ical**

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **19,690.00** |
|---|---|---|---|

**Knight Mechanical Testing**
**3205 Clairmont Court**
**Suite B**
**Fort Wayne, IN 46808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Date or dates debt was incurred    **2014-2015**

Last 4 digits of account number    **ical**

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **12,800.00** |
|---|---|---|---|

**Madalyn Duncan**
**256 E. Clackamas Circle**
**Woodburn, OR 97071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Regulatory Consulting**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **6,095.11** |
|---|---|---|---|

**Medical Component Specialists**
**42 William Way**
**Bellingham, MA 02019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Case 15-31606-rld7    Doc 141    Filed 03/16/16

| | | | | |
|---|---|---|---|---|
| Date or dates debt was incurred | **2014-2015** | | Is the claim subject to offset? | |
| | | | ☑ No | |
| Last 4 digits of account number | **PACT** | | ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,068.90** |
|---|---|---|---|
| | **Medin Corporation** | *Check all that apply.* | |
| | **90 Dayton Ave., Bldg 16C** | ☐ Contingent | |
| | **Passaic, NJ 07055** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:  **Trade Debt**

| Date or dates debt was incurred | **2014-2015** | Is the claim subject to offset? |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | **4391** | ☐ Yes |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **106,676.44** |
|---|---|---|---|
| | **Microcision** | *Check all that apply.* | |
| | **5805 Keystone St.** | ☐ Contingent | |
| | **Philadelphia, PA 19135** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:  **Trade Debt**

| Date or dates debt was incurred | **2014-2015** | Is the claim subject to offset? |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | **ical** | ☐ Yes |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **20,587.43** |
|---|---|---|---|
| | **MiniMachine** | *Check all that apply.* | |
| | **63003 Plateau Dr.** | ☐ Contingent | |
| | **Bend, OR 97701** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Basis for the claim:  **Notice Only**

| Date or dates debt was incurred | **2014-2015** | Is the claim subject to offset? |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | **ical** | ☐ Yes |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **146.60** |
|---|---|---|---|

**NW Natural**
**220 NW 2nd Ave**
**Portland, OR 97209**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utilities

Date or dates debt was incurred **2015**

**Is the claim subject to offset?**

- [■] No
- [ ] Yes

Last 4 digits of account number

---

| 3.24 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Pacific Office Automation**
**14747 NW Greenbrier Parkway**
**Beaverton, OR 97006**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Equipment Lease

$ **1,656.74**

Date or dates debt was incurred

**Is the claim subject to offset?**

- [■] No
- [ ] Yes

Last 4 digits of account number

---

| 3.25 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paqism International**
**51360 West Gohad Pur**
**Sialkot, Pakistan 92-3227553712**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Debt

$ **2,300.00**

Date or dates debt was incurred **2014-2015**

**Is the claim subject to offset?**

- [■] No
- [ ] Yes

Last 4 digits of account number **ical**

---

| 3.26 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Portland General Electric**
**121 SW Salmon Street**
**Portland, OR 97204**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utilities

$ **67.20**

---

Case 15-31606-rld7    Doc 141    Filed 03/16/16

| | |
|---|---|
| Date or dates debt was incurred | **2015** |
| Last 4 digits of account number | |

Is the claim subject to offset?

■ No

☐ Yes

---

**3.27**

Nonpriority creditor's name and mailing address

**Principal Capital Investment**
**Tigard 1 Building B**
**PO Box 310300**
**Des Moines, IA 50331**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Notice Only**

$    **0.00**

| | |
|---|---|
| Date or dates debt was incurred | **2015** |
| Last 4 digits of account number | **0410** |

Is the claim subject to offset?

■ No

☐ Yes

---

**3.28**

Nonpriority creditor's name and mailing address

**Public Storage**
**c/o CT Corporation System, R.A.**
**388 State St.**
**Salem, OR 97301**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Professional Services**
**Incurred During Chapter 11**

$    **273.60**

| | |
|---|---|
| Date or dates debt was incurred | |
| Last 4 digits of account number | |

Is the claim subject to offset?

■ No

☐ Yes

---

**3.29**

Nonpriority creditor's name and mailing address

**RF Stefani & Company**
**Attn: Ron Stefani**
**121 SW Morrison Street**
**Suite 1525**
**Portland, OR 97204**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Accounting Fees**

$    **15,000.00**

| | |
|---|---|
| Date or dates debt was incurred | **2014-2015** |
| Last 4 digits of account number | **ical** |

Is the claim subject to offset?

■ No

☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$    **307,526.19**

---

**Richard H. Edelson, MD**
**7300 SW Childs Rd., Suite B**
**Tigard, OR 97224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**    **Promissory Note**

Date or dates debt was incurred    **2011**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **na**

---

| 3.31 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sarah Burkitt**
**718 NW 118th**
**Suite 102**
**Portland, OR 97229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Expense Reimbursement**
**Incurred During Chapter 11**

$    **27.20**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.32 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Security Professionals**
**4001 Main St. #123**
**Vancouver, WA 98663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Alarm**
**Incurred During Chapter 11**

$    **161.85**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.33 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**The Hartford**
**PO Box 660916**
**Dallas, TX 75266-0916**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Insurance**

$    **386.80**

---

Case 15-31606-rld7    Doc 141    Filed 03/16/16

Date or dates debt was incurred _____

Last 4 digits of account number   **6114**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **15,126.75** |

**3.34**

Nonpriority creditor's name and mailing address
**Tigard Sub, LLC**
**c/o Joel Parker**
**Schwabe, Williamson & Wyatt**
**1211 SW Fifth Ave., Suite 1900**
**Portland, OR 97204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **Rejected Lease**

$ **15,126.75**

Date or dates debt was incurred   **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.35**

Nonpriority creditor's name and mailing address
**Tim Shuell**
**6308 SE 29th Way**
**Gresham, OR 97080**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Engineering Consulting**

$ **1,336.93**

Date or dates debt was incurred   **2014-2015**

Last 4 digits of account number   **ical**

Is the claim subject to offset?

■ No

☐ Yes

---

**3.36**

Nonpriority creditor's name and mailing address
**UPS**
**PO Box 894820**
**Los Angeles, CA 90189-4820**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Precautionary**

$ **827.38**

Date or dates debt was incurred   **2015**

Last 4 digits of account number   **8W9A**

Is the claim subject to offset?

■ No

☐ Yes

---

**3.37**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$ **880.00**

---

**Vorzeigen Medical**
**5650 Industrial Road South**
**Connersville, IN 47331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Debt

Date or dates debt was incurred    **2014-2015**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **ical**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **88.33** |

**Wells Fargo**
**420 Montgomery Street**
**San Francisco, CA 94104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Overdrawn account
Incurred During Chapter 11

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2099**

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alysia J. Harris**<br>**Perkins Coie LLP**<br>**1120 NW Couch Street**<br>**10th Floor**<br>**Portland, OR 97209-4128** | Line  **3.30**<br><br>☐  Not listed. Explain _____ | |
| 4.2 | **Principal Capital Investment**<br>**PO Box 310300**<br>**Property 060410**<br>**Des Moines, IA 50331** | Line  **3.34**<br><br>☐  Not listed. Explain _____ | |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **796,317.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **982,128.32** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,778,445.32** |

Case 15-31606-rld7    Doc 141    Filed 03/16/16

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For the fiscal year:**<br>From  / / to  / / | ☐ Operating a business<br>**2016 YTD: Gross**<br>■ Other   **Business Income** | **$1,640.00** |
   | **For the fiscal year:**<br>From  / / to  / / | ☐ Operating a business<br>**2015: Gross**<br>■ Other   **Business Income** | **$45,802.13** |
   | **For the fiscal year:**<br>From  / / to  / / | ☐ Operating a business<br>**2014: Gross**<br>■ Other   **Business Income** | **$36,062.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. **Richard Edelson v. Impact Medical LLC, et al.**<br>**Case No. 15CV02997** | **Civil Suit** | **Multnomah County Circuit Court**<br>**Portland** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Case 15-31606-rld7    Doc 141    Filed 03/16/16

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Motschenbacher & Blattner, LLP**<br>**117 SW Taylor St., Suite 200**<br>**Portland, OR 97204** | **$5,000 paid for prepetition services and for filing fee.** | **3/24/2015, 4/1/2015** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

Case 15-31606-rld7    Doc 141    Filed 03/16/16

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank** | XXXX-1474 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed 4/1/15 Ending Balance: $799.48** | $799.48 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Case 15-31606-rld7     Doc 141     Filed 03/16/16

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Sarah Burkitt**<br>**718 NW 118th #102**<br>**Portland, OR 97229** | **4/2014 - Current** |
| 26a.2.   **Shannon Duffy**<br>**1717 SW Highland Rd**<br>**Portland, OR 97221** | **2/2011 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Sarah Burkitt**<br>**718 NW 118th #102**<br>**Portland, OR 97229** | **4/2014 - Current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Ron Stefani**<br>**Stefani Chaidez**<br>**121 SW Morrison**<br>**Portland, OR 97204** | **2013-2014** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sarah Burkitt**<br>**718 NW 118th #102**<br>**Portland, OR 97229** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Wells Fargo**<br>**email: ryan.person@wellsfargo.com** |
| 26d.2.   **Ed Kolasinski**<br>**Email: ed.kolasinski@puralytics.com** |
| 26d.3.   **Greg Powell**<br>**1104 NW 15th Avenue**<br>**Suite 200**<br>**Portland, OR 97209** |
| 26d.4.   **Nicholas J. Henderson**<br>**117 SW Taylor Street**<br>**Suite 200**<br>**Portland, OR 97204** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 15-31606-rld7    Doc 141    Filed 03/16/16

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Sarah Burkitt** | **6/12/14** | |

| | Name and address of the person who has possession of inventory records |
| --- | --- |
| | **Sarah Burkitt**<br>**718 NW 118th**<br>**Suite 102**<br>**Portland, OR 97229** |

| | | | |
| --- | --- | --- | --- |
| 27.2. | **Sarah Burkitt** | **12/10/14 - 12/30/14** | |

| | Name and address of the person who has possession of inventory records |
| --- | --- |
| | **Sarah Burkitt**<br>**718 NW 118th**<br>**Suite 102**<br>**Portland, OR 97229** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **EJ Duffy** | **1717 SW Highland Rd.** | | **65%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Richard H. Edelson, MD** | **7300 SW Childs Rd., Suite B** | | **35%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Case 15-31606-rld7    Doc 141    Filed 03/16/16

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2016**

**/s/ EJ Duffy**                                              **EJ Duffy**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy