UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| Impact Medical, LLC | § | Case No. 15-31606-dwh7 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 04/02/2015 . The case was converted to one under Chapter 7 on 02/16/2016 . The undersigned trustee was appointed on 02/16/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 62,500.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6,010.56 |
| Bank service fees | 1,169.92 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 55,319.52 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/15/2016 and the deadline for filing governmental claims was 06/15/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,375.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,375.00 , for a total compensation of $ 6,375.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,122.53 , for total expenses of $ 1,122.53 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2018          By: /s/AMY MITCHELL
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 15-31606 | DWH | Judge: David W. Hercher | Trustee Name: | AMY MITCHELL |
| Case Name: | Impact Medical, LLC | | | Date Filed (f) or Converted (c): | 02/16/2016 (c) |
| | | | | 341(a) Meeting Date: | 03/17/2016 |
| For Period Ending: | 08/09/2018 | | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts<br><br>Wells Fargo Bank<br>(DIP account) | 0.00 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable<br><br>Included in multi-asset sale for $62,500. For accounting purposes, amount allocated to this asset is $300. | 470.00 | 470.00 | | 300.00 | FA |
| 3. Stock<br><br>Parcus Medical Stock<br>20 units of stock<br>Liquidation value appears to be limited due to restrictions on sale of privately held stock. Included in multi-asset sale for $62,500. For accounting purposes, amount allocated to this asset is $3,190. | 40,837.00 | 5,000.00 | | 3,190.00 | FA |
| 4. Inventory<br><br>Debtor estimates $120k.<br>Several items appear to be obsolete. Approx. 8 full trays, remainder is loose/wrapped pieces. Liquidation value estimated at $85k.<br>Included in multi-asset sale for $62,500. For accounting purposes, amount allocated to this asset is $54,225. | Unknown | 85,000.00 | | 54,225.00 | FA |
| 5. Intellectual Property<br><br>510k FDA Clearance for product sales<br>Needs to be brought current (some grace period).<br>Limited resale value. Estimated at $5,000 (reflects costs to bring current).<br>Included in multi-asset sale for $62,500. For accounting purposes, amount allocated to this asset is $3,190. | Unknown | 5,000.00 | | 3,190.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-31606 DWH | Judge: | David W. Hercher | Trustee Name: | AMY MITCHELL |
| Case Name: | Impact Medical, LLC | | | Date Filed (f) or Converted (c): | 02/16/2016 (c) |
| | | | | 341(a) Meeting Date: | 03/17/2016 |
| For Period Ending: | 08/09/2018 | | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6. Intellectual Property<br><br>Customer contracts and lists<br>Limited value (orthopedic surgeons are known, public info)<br>Included in multi-asset sale for $62,500. For accounting purposes, amount allocated to this asset is $320. | Unknown | 500.00 | | 320.00 | FA |
| 7. Intellectual Property<br><br>DVT SST machine<br>FDA clearance not yet obtained<br>Limited value - would take significant investment to obtain approval.<br>Included in multi-asset sale for $62,500. For accounting purposes, amount allocated to this asset is $320. | Unknown | 500.00 | | 320.00 | FA |
| 8. Office Equipment<br><br>Misc. office furniture and computer equipment<br>Trustee estimates value $1,500, before costs of sale.<br>Included in multi-asset sale for $62,500. For accounting purposes, amount allocated to this asset is $955. | 2,000.00 | 1,500.00 | | 955.00 | FA |
| 9. Note Receivable<br><br>Shareholder loan to EJ Duffy - disputed<br>Per Mr. Duffy, this reflects withdrawals from company, but is not offset with deposits ($250k). Mr. Duffy indicates this was not booked as loan and was added into schedules at UST request. Does not appear to be an actionable loan. | 25,062.72 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-31606 DWH | Judge: David W. Hercher | Trustee Name: | AMY MITCHELL |
|---|---|---|---|---|
| Case Name: | Impact Medical, LLC | | Date Filed (f) or Converted (c): | 02/16/2016 (c) |
| | | | 341(a) Meeting Date: | 03/17/2016 |
| For Period Ending: | 08/09/2018 | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Preference (u) | 0.00 | 0.00 | | 0.00 | FA |
| Payments to EJ Duffy<br>Salary and expense reimbursement. Most payments were not treated as salary (guaranteed payments). It appears they were designated as expense reimbursement and then unspecified payments, which could be considered loan payments for amounts loaned by Mr. Duffy to the Debtor.<br>In one year prior to filing, total amounts paid to Mr. Duffy were $37,016.13, including approx. $11,121 designated as expense reimbursement. During the same period, Mr. Duffy transferred a total of $87,850 to the Debtor. There appear to be defenses. Payments do not appear to be preferential transfers. | | | | | |
| 11. Transfer (u) | Unknown | 0.00 | | 0.00 | FA |
| Possible transfer to insiders (Duffy)<br>The payments listed at Asset #10 appear to be defensible transfers. Additional amounts were paid to Mr. Duffy outside the 1-year preference period. In the two years prior to filing, the Debtor paid a total of $213,222 to Mr. Duffy, including expense reimbursements. Mr. Duffy transferred a total of $305,200 to the Debtor during the same period.<br>Debtor paid health insurance premiums that covered Mr. Duffy and his wife. Does not appear to be unreasonable expense and there was value provided by Mr. Duffy in exchange, as well as transfers of funds.<br>After consideration of defenses, there do not appear to be actionable transfers. | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $68,369.72 | $97,970.00 | | $62,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit A

Initial Projected Date of Final Report (TFR): 12/15/2017

Current Projected Date of Final Report (TFR): 07/01/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-31606 | Trustee Name: AMY MITCHELL | |
| Case Name: Impact Medical, LLC | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX7635 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2035 | Blanket Bond (per case limit): $78,753,461.00 | |
| For Period Ending: 08/09/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/27/16 | | Impact Medical Partners, LLC | Asset sale proceeds | | $62,500.00 | | $62,500.00 |
| | | | Gross Receipts $62,500.00 | | | | |
| | 2 | | Accounts Receivable $300.00 | 1121-000 | | | |
| | 3 | | Stock $3,190.00 | 1129-000 | | | |
| | 4 | | Inventory $54,225.00 | 1129-000 | | | |
| | 5 | | Intellectual Property $3,190.00 | 1129-000 | | | |
| | 6 | | Intellectual Property $320.00 | 1129-000 | | | |
| | 7 | | Intellectual Property $320.00 | 1129-000 | | | |
| | 8 | | Office Equipment $955.00 | 1129-000 | | | |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.66 | $62,413.34 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.61 | $62,320.73 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.48 | $62,228.25 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.37 | $62,138.88 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.21 | $62,046.67 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.11 | $61,957.56 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.95 | $61,865.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*     Page Subtotals:     $62,500.00     $634.39

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-31606
Case Name: Impact Medical, LLC
Taxpayer ID No: XX-XXX2035
For Period Ending: 08/09/2018

Trustee Name: AMY MITCHELL
Bank Name: Union Bank
Account Number/CD#: XXXXXX7635
Checking
Blanket Bond (per case limit): $78,753,461.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.06 | $61,773.55 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.04 | $61,690.51 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.79 | $61,598.72 |
| 05/12/17 | 101 | International Sureties Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Premium | 2300-000 | | $23.64 | $61,575.08 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.71 | $61,486.37 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.51 | $61,394.86 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.42 | $61,306.44 |
| 04/17/18 | 102 | International Sureties Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Premium | 2300-000 | | $19.42 | $61,287.02 |
| 04/20/18 | 103 | Bennington & Moshofsky PC 4800 SW Griffith Dr., Suite 350 Beaverton, OR 97005 | Accountant Fees and Expenses Per Order 4/13/18 | | | $5,967.50 | $55,319.52 |
| | | Bennington & Moshofsky PC | ($5,949.00) | 3210-000 | | | |
| | | Bennington & Moshofsky PC | ($18.50) | 3420-000 | | | |

COLUMN TOTALS: $62,500.00  $7,180.48
Less: Bank Transfers/CD's: $0.00  $0.00
Subtotal: $62,500.00  $7,180.48
Less: Payments to Debtors: $0.00  $0.00
Page Subtotals: $0.00  $6,546.09

UST Form 101-7-TFR (5/1/2011) (Page: 8)

Case 15-31606-dwh7    Doc 160    Filed 08/20/18

| | | |
|---|---|---|
| Net | $62,500.00 | $7,180.48 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7635 - Checking | $62,500.00 | $7,180.48 | $55,319.52 |
| | $62,500.00 | $7,180.48 | $55,319.52 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $62,500.00 |
| Total Gross Receipts: | $62,500.00 |

Case 15-31606-dwh7    Doc 160    Filed 08/20/18

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-31606-dwh7  
Debtor Name: Impact Medical, LLC  
Claims Bar Date: 6/15/2016  

Date: August 9, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Amy Mitchell<br>P.O. Box 2289<br>Lake Oswego, OR 97035 | Administrative | | $0.00 | $6,375.00 | $6,375.00 |
| 100 2200 | Amy Mitchell<br>P.O. Box 2289<br>Lake Oswego, OR 97035 | Administrative | | $0.00 | $1,122.53 | $1,122.53 |
| 10 100 2950 | United States Trustee<br>620 SW Main Street<br>Suite 213<br>Portland, OR 97205 | Administrative | ADMIN | $0.00 | $651.19 | $651.19 |
| 18A 100 3210 | Bennington & Moshofsky PC<br>4800 SW Griffith Dr., Suite 350<br>Beaverton, OR 97005 | Administrative | | $0.00 | $5,949.00 | $5,949.00 |
| 18B 100 3420 | Bennington & Moshofsky PC<br>4800 SW Griffith Dr., Suite 350<br>Beaverton, OR 97005 | Administrative | | $0.00 | $18.50 | $18.50 |
| 12A 150 6210 | Motschenbacher & Blattner LLP<br>Attn: Nicholas Henderson<br>117 Sw Taylor Street Suite 300<br>Portland, Or 97204 | Administrative | CH 11 ADMIN | $0.00 | $33,896.50 | $33,896.50 |
| 12B 150 6220 | Motschenbacher & Blattner LLP<br>Attn: Nicholas Henderson<br>117 Sw Taylor Street Suite 300<br>Portland, Or 97204 | Administrative | CH 11 ADMIN | $0.00 | $2,061.85 | $2,061.85 |
| 17 150 6820 | ODR BKCY<br>PO Box 14725<br>Salem, OR 97309 | Administrative | CH 11 ADMIN | $0.00 | $158.33 | $158.33 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-31606-dwh7  
Debtor Name: Impact Medical, LLC  
Claims Bar Date: 6/15/2016  

Date: August 9, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16B<br>150<br>6990 | Sarah Burkitt<br>718 NW 118th<br>Suite 102<br>Portland, OR 97229 | Administrative | Ch. 11 Admin Wage Claim:<br>Gross distribution on claim = $26,296.96<br>Fed W/H (22%) = $5,785.33<br>SS-Employee (6.2%) = $1,630.41<br>Medicare-Employee (1.45%) = $381.31<br>OR W/H (9%) = $2,366.73<br>OR TTax (.1%) = $26.30<br>Net Payment = $16,106.88 | $0.00 | $45,499.97 | $45,499.97 |
| 1<br>300<br>7100 | Medin Corporation<br>Coface North America Insurance Co<br>50 Millstone Rd Bldg 100 #360<br>East Windsor, Nj 08520 | Unsecured | | $3,068.90 | $3,068.90 | $3,068.90 |
| 2<br>300<br>7100 | IRS<br>PO Box 7317<br>Philadelphia PA 19101 | Unsecured | Amended to $0 | $0.00 | $0.00 | $0.00 |
| 3<br>300<br>7100 | Finishing Innovations<br>5100 Wheelis Dr., #210<br>Memphis, TN 38117 | Unsecured | | $1,343.04 | $1,343.04 | $1,343.04 |
| 4<br>300<br>7100 | United Parcel Service<br>C/O Receivable Management Services ("Rms<br>P.O. Box 4396<br>Timonium, Md 21094 | Unsecured | | $827.38 | $827.38 | $827.38 |
| 5<br>300<br>7100 | Custom Wire Technologies Inc<br>C/O Katherine M Omalley<br>1000 North Water St #1700<br>Milwaukee, Wi 53202 | Unsecured | | $10,509.90 | $10,509.90 | $10,509.90 |
| 6<br>300<br>7100 | Tigard Sub LLC<br>C/O Joel Parker<br>1211 SW 5Th Ave Suite 1900<br>Portland OR 97204 | Unsecured | 10110 SW Nimbus, Suite B6 | $15,126.75 | $15,126.75 | $15,126.75 |
| 7<br>300<br>7100 | Dr. Richard Edelson<br>C/O Douglas R. Pahl<br>Perkins Coie Llp<br>1120 N.W.Couch St., 10Th Fl.<br>Portland, Or 97209 | Unsecured | Promissory note | $307,526.19 | $307,526.19 | $307,526.19 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-31606-dwh7  
Debtor Name: Impact Medical, LLC  
Claims Bar Date: 6/15/2016  
Date: August 9, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 8 300 7100 | Knight Mechanical Testing Llc<br>3205 Clairmont Court<br>Suite B<br>Fort Wayne, In 46808 | Unsecured | | $19,690.00 | $19,690.00 | $19,690.00 |
| 9 300 7100 | Minimachine<br>63003 Plateau Dr.<br>Bend, Or 97701 | Unsecured | | $20,587.43 | $20,587.43 | $20,587.43 |
| 11 300 7100 | Finishing Innovations, Llc<br>5101 Wheelis Drive<br>Suite 210<br>Memphis, Tn 38117-4536 | Unsecured | appears to duplicate #3 - object if distribution to unsecured, non-priority | $0.00 | $1,342.56 | $1,342.56 |
| 13 300 7100 | PAQISM International<br>West Gohad Pur,51360<br>Sialkot Pakistan. | Unsecured | | $2,300.00 | $4,500.00 | $4,500.00 |
| 14 300 7100 | Impact Medical Partners,Llc<br>Po Box 25421<br>Portland, Or 97298 | Unsecured | If distribute to unsecured, obj - duplicate of #13 (creditor entered debtor entity name, not own name on electronic POC filing). USBC unable to strike document. | $0.00 | $4,500.00 | $4,500.00 |
| 15 300 7100 | NW NATURAL<br>220 NW 2nd Ave<br>Portland, OR 97209 | Unsecured | | $146.60 | $146.60 | $146.60 |
| 16A 300 7100 | Sarah Burkitt<br>718 NW 118th<br>Suite 102<br>Portland, OR 97229 | Unsecured | non-Admin | $36,667.00 | $30,333.31 | $30,333.31 |
| | Case Totals | | | $417,793.19 | $515,234.93 | $515,234.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-31606-dwh7
Case Name: Impact Medical, LLC
Trustee Name: AMY MITCHELL

Balance on hand $ 55,319.52

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Amy Mitchell | $ 6,375.00 | $ 0.00 | $ 6,375.00 |
| Trustee Expenses: Amy Mitchell | $ 1,122.53 | $ 0.00 | $ 1,122.53 |
| Attorney for Trustee Fees: Bennington & Moshofsky PC | $ 5,949.00 | $ 5,949.00 | $ 0.00 |
| Accountant for Trustee Expenses: Bennington & Moshofsky PC | $ 18.50 | $ 18.50 | $ 0.00 |
| Fees: United States Trustee | $ 651.19 | $ 0.00 | $ 651.19 |

Total to be paid for chapter 7 administrative expenses $ 8,148.72
Remaining Balance $ 47,170.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Other State or Local Taxes: ODR BKCY | $ 158.33 | $ 0.00 | $ 91.51 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm): Motschenbacher & Blattner LLP | $ 2,061.85 | $ 0.00 | $ 1,191.66 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): Motschenbacher & Blattner LLP | $ 33,896.50 | $ 0.00 | $ 19,590.67 |
| Other Prior Chapter Administrative Expenses: Sarah Burkitt | $ 45,499.97 | $ 0.00 | $ 26,296.96 |

Total to be paid for prior chapter administrative expenses     $     47,170.80

Remaining Balance     $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 419,502.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Medin Corporation | $ 3,068.90 | $ 0.00 | $ 0.00 |
| 2 | IRS | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | Finishing Innovations | $ 1,343.04 | $ 0.00 | $ 0.00 |
| 4 | United Parcel Service | $ 827.38 | $ 0.00 | $ 0.00 |
| 5 | Custom Wire Technologies Inc | $ 10,509.90 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Tigard Sub LLC | $ 15,126.75 | $ 0.00 | $ 0.00 |
| 7 | Dr. Richard Edelson | $ 307,526.19 | $ 0.00 | $ 0.00 |
| 8 | Knight Mechanical Testing Llc | $ 19,690.00 | $ 0.00 | $ 0.00 |
| 9 | Minimachine | $ 20,587.43 | $ 0.00 | $ 0.00 |
| 11 | Finishing Innovations, Llc | $ 1,342.56 | $ 0.00 | $ 0.00 |
| 13 | PAQISM International | $ 4,500.00 | $ 0.00 | $ 0.00 |
| 14 | Impact Medical Partners,Llc | $ 4,500.00 | $ 0.00 | $ 0.00 |
| 15 | NW NATURAL | $ 146.60 | $ 0.00 | $ 0.00 |
| 16A | Sarah Burkitt | $ 30,333.31 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE